

# Trademark Electronic Search System(Tess)

TESS was last updated on Tue Sep 21 04:36:43 EDT 2004

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:        OR  Jump | to record:        **Record 14 out of 18**

Check Status (*TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS*)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | HEARTS ON FIRE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: gemstones, namely, cut diamonds. FIRST USE: 19961100. FIRST USE IN COMMERCE: 19961100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75218504 |
| **Filing Date** | December 26, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 16, 1997 |
| **Registration Number** | 2119886 |
| **Registration Date** | December 9, 1997 |
| **Owner** | (REGISTRANT) Di-Star, Ltd. CORPORATION DELAWARE 333 Washington Street, Suite 430 Boston MASSACHUSETTS 021085111

(LAST LISTED OWNER) HEARTS ON FIRE COMPANY CORPORATION BY ASSIGNMENT DELAWARE 333 WASHINGTON STREET, SUITE 851 BOSTON MASSACHUSETTS 021085111 |
| **Assignment** | |

| | |
|---|---|
| **Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | GAILYC C. SONIA |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | 
CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT