

# Trademark Electronic Search System(Tess)

*TESS was last updated on Tue Sep 21 04:36:43 EDT 2004*

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:    OR  Jump  to record:    **Record 11 out of 18**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | HEARTS ON FIRE |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Jewelry. FIRST USE: 19970000. FIRST USE IN COMMERCE: 19970000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76419216 |
| **Filing Date** | June 10, 2002 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 19, 2002 |
| **Registration Number** | 2686511 |
| **Registration Date** | February 11, 2003 |
| **Owner** | (REGISTRANT) Hearts On Fire Company CORPORATION DELAWARE 333 Washington Street Suite 851 Boston MASSACHUSETTS 02108 |
| **Attorney of Record** | Gailyc C. Sonia |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**Indicator**

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT