

DIAMONDS        JEWELRY        ENGAGEMENT        WEDDING        GIFT BOU

Search

○ All  ○ Any  ○ Exact
- Diamond Search
- By Item Number

Shop By Product
- Diamonds
- Engagement Rings
- Wedding & Anniversary

- Earrings
- Rings & Bands
- Necklaces & Pendants
- Bracelets
- Men's Jewelry

- Birthstone Jewelry
- Charm Bracelets

Shop By Material
- Platinum Jewelry
- Gold Jewelry
- Silver Jewelry
- Diamond Jewelry
- Pearl Jewelry
- Gemstone Jewelry

Offers & Newsletter

Enter Your Email

Subscribe


TESTED DAILY 21-SEP

Free FedEx Insured Air Shipping & 30-day Returns.

## YOUR DESIGN,
### YOUR ENGAGEMENT RING

Create your own seal of love by trapping the glitter of eternity in a Diamond Engagement Ring

Certified Diamonds
Design Your Own Engagement Ring

Free Priority Shipping on all Custom Diamond Jewelry.    Click h

### Gemstone Jewelry

Hit the high notes with our stunning colored stone jewelry to light up your wardrobe.

More

### Wedding Bands
Browse our collection of exceptionally hand-crafted wedding bands.

More

### Studs & Solitaires

Classic studs and solitaires combine timeless style and excellent quality.

- Stud Earrings
- Solitaire Pendants

### Anniversary Gifts

Enclose
trust and
in an exq
annivers

### Jewelry

From tim
of elegar
simple sc
of everyo

### Gift Boutique

View our
collection
inspiring
perfect fo
occasion.

Select o

### Shop With Confidence

| Orders & Questions, Contact customerservice@mondera.com or 1-800-666-3372 (International) 1-225-709-4077 For Phone Orders, Please Mention: 3330298 | Risk-Free Shopping All purchases at Mondera are totally risk-free • Insured Air Shipping • 30-day Returns • Diamond Certificates • Secure Shopping | Trusted by Many Since 1999, thousands of customers have found Mondera to be the online jewelry experts. Read our Customer Testimonials | International Sh We are proud to say Mondera ships all ov flat rate of only $25 p through FedEx Priorit Air Shipping. View D |

Home    About Us    Your Account    Privacy Policy    Become an Affiliate    Contact Us    Help

**Contact Our Customer Service from Monday through Friday between 5 am - 1 am Eastern Time**

    

Copyright © 1999-2004, Mondera Inc. All rights reserved.