body-jewelry | bracelets | diamonds | earrings | engagement | wedding-bands | wedding-anniver
help
watches | silver | shop-by-material | rings | necklaces-pendants | misc-jewelry | medical | jewel

### Wedding Rings

**Design your own Wedding Ring | Diamond Wedding Ring | Wedding Ring and Settings | Flawless Wedding Ring**



### All About - Wedding Rings

**Welcome to the Wedding Ring store!** We're a consortium of online *Jewlery Stores* that sell we joined together to bring you the best online wedding ring. We believe that retail brick and mortar je overcharge their customers. We've researched 100's of online stores selling ***wedding rings*** , and that are trustworthy, been in business for a substantial period of time, provide online education t customer to make an educated decision, and those that offer guaranteed money back guaratees, only **wedding ring suppliers** listed in our group.

### Wedding Ring - Rings & More

**Wedding Rings**
⇨ **Wedding Rings and Settings**
⇨ **Wedding Bands and Rings**
⇨ **Create your own diamond wedding ring**

**Earrings & Necklaces, etc...**
⇨ **Necklace and Pendants**
⇨ **Pearl Jewlery**
⇨ **Hearts and Diamonds**
⇨ **Create your own diamond studs**

## Wedding Ring - Diamond Education & More

**Education Area**
➪ **Click here to learn about Diamonds**
➪ **Eight reasons to buy diamonds online**
➪ **Quality she'll love forever**
➪ **Create your own diamond wedding ring**

**Everything Else**
➪ **Jewelry Gifts and Best Sellers**
➪ **Swiss-made watches**
➪ **Men's Jewelry and Gifts**
➪ **Wedding Anniversary Rings and Jewelry**

**Search for Wedding Rings**



© 1997-2003 Wedding Ring .ws

---

### "The Wedding Ring"

Our goal is to be a watch dog for every day wedding ring buyers. We're committed to spreading th online wedding ring purchasing is a far better alternative to your over-priced local retail jewlery st **wedding rings**. Please do your homework, use the tools at these online stores selling wedding rin yourself, and get the most for your money.

On a regular basis we see better quality wedding rings at online jewlery stores for 75% less than jewlery stores. Almost all of the online jewlery stores selling wedding rings, offer a 30 day mor guarantee. You can pick out your wedding ring, get it delivered, pay your local jewler to check ev authenticity, and still save 50% over buying your wedding rings from local jewlery stores. Enjoy t and thank you for using our site to search and purchase your wedding ring.

### *WEDDING RINGS*