a diamond is forever | a diamond price guide | certified diamonds | clarity enhanced diamonds | diamond jewelry stores | diamond jewelry | diamond jewlery | diamond prices | diamond pricing | diamond ratings | diamond ring settings | diamond rings | diamond settings | diamond stores | diamond wholesale pricing | diamond wholesalers | Diamond Rings | discount diamond ring | discount diamond rings | discount diamonds | hearts on fire diamonds | diamonds | loose diamonds | loosediamonds | pink diamonds | wholesale diamonds | wholesale discount diamonds

# hearts on fire diamonds

# ENTER HERE

## Asian Developing Nations
Invest in education for girls in Nepal, Vietnam, India & Cambodia.

Public Service Ads by Google

a diamond is forever | a diamond price guide | certified diamonds | clarity enhanced diamonds | diamond jewelry stores | diamond jewelry | diamond jewlery | diamond prices | diamond pricing | diamond ratings | diamond ring settings | diamond rings | diamond settings | diamond stores | diamond wholesale pricing | diamond wholesalers | Diamond Rings | discount diamond ring | discount diamond rings | discount diamonds | hearts on fire diamonds | diamonds | loose diamonds | loosediamonds | pink diamonds | wholesale diamonds | wholesale discount diamonds

The Online Jewelry Store Network