

# HEARTS ON FIRE®

### THE WORLD'S MOST PERFECTLY CUT DIAMOND™

Gailyc C. Sonia
Counsel

*Via Certified Mail*
*Return Receipt Requested*

July 22, 2004

Mondera, Inc.
45 West 45th Street
New York, New York 10036

Re: Unauthorized Use of Hearts On Fire Company Trademark and Unauthorized Representations of Affiliation with Hearts On Fire Company

Dear Sir/Madam:

I am counsel for Hearts On Fire Company, LLC ("HOF"), and I am writing regarding the unauthorized use by Mondera, Inc. ("Mondera") of HOF's federally registered and famous trademark HEARTS ON FIRE® in connection with the advertisement and sale of diamond jewelry.

HOF is the owner of a number of trademarks and service marks, including the trademark HEARTS ON FIRE in connection with cut diamonds and jewelry (the "Trademark"). HOF has used the Trademark since at least as early as 1996. The mark HEARTS ON FIRE is registered before the United States Patent and Trademark Office under Registration Nos. 2,119,886 and 2,686,511. Additionally, the Trademark is the subject of several pending trademark applications before the United States Patent and Trademark Office for various products including optical frames, bags, clothing, water bottles, and sports paraphernalia.

It has recently come to my attention that Mondera is using the Trademark in connection with the advertisement and sale of diamond jewelry products on its web site, www.mondera.com, and on a web page to which Mondera's web site is linked, www.wedding-ring.ws. Copies of the pages found at www.wedding-ring.ws and the page from your web site are enclosed for your reference. The page at www.wedding-ring.ws to which your web site is linked prominently displays HOF's Trademark. Such an unauthorized display of HOF's Trademark creates the false impression that there is an affiliation between HOF and Mondera, and that genuine HEARTS ON FIRE® products are available for purchase through Mondera. The goods in connection with which Mondera is using the Trademark are not genuine HEARTS ON FIRE® products, and such use of the Trademark is an infringement of HOF's rights.

HEARTS ON FIRE COMPANY, 99 SUMMER STREET, FOURTH FLOOR, BOSTON, MASSACHUSETTS 02110
617-523-5588   800-343-1224   WWW.HEARTSONFIRE.COM

Mondera, Inc.
July 22, 2004
Page 2 of 2

Mondera's use of the Trademark is without the authorization or consent of HOF, and is likely to cause confusion, mistake and deception of consumers. Mondera's actions constitute, *inter alia*, infringement, unfair competition, and dilution in violation of §§32(a), and 43(a) and (c) of the Lanham Act, as well as unfair and deceptive acts and practices and unfair competition under applicable state law. These violations may be redressed by, among other things, injunctive relief, the disgorgement of profits, an award of up to three times actual damages, and costs and attorneys' fees.

Accordingly, HOF demands that Mondera immediately cease any and all use of the Trademark. Please provide me with your written assurances that Mondera will immediately (i) cease and desist from any and all further use of the Trademark, and (ii) refrain from using any other marks and/or phrases confusingly similar to any trademarks owned by HOF, including but not limited to the Trademark.

I am contacting you in an effort to avoid litigation. However, nothing herein is intended by HOF, nor should it be construed by you, to be an offer of settlement, or a waiver or relinquishment of any rights or remedies which HOF may have in this matter, and all such rights and remedies are hereby specifically reserved.

If you have any questions or wish to discuss this matter, please do not hesitate to contact me directly by telephone at 617-912-5351, by fax at 617-372-9267, or by e-mail at gsonia@heartsonfire.com. Otherwise, please promptly provide the written assurances outlined above, but in no event later than August 9, 2004.

Sincerely,

Gailyc C. Sonia

GCS:ctg
Enclosure

cc:   William T. Anderson – CFO, Hearts On Fire Company
      Mark D. Robins, Esq. – Nixon Peabody LLP

Case 1:04-cv-12040-RGS    Document 1-9    Filed 09/21/2004    Page 3 of 4

Diamond Engagement Rings, Loose D  ionds, Wedding bands and Jewelry at  ndera.    Page 1 of 2

# Mondera
## 1-800-MONDERA
### FINE DIAMONDS AND TIMELESS JEWELRY
Quality. Value. Expert Advice.

- Wish List
- Shopping Bag
- Order Status
- Learning Center

**DIAMONDS | JEWELRY | ENGAGEMENT | WEDDING | GIFT BOUTIQUE**

**Search**
[  ] Go
( ) All  ( ) Any  ( ) Exact
- Diamond Search
- By Item Number

**Shop By Product**
- Diamonds
- Engagement Rings
- Wedding & Anniversary

- Earrings
- Rings & Bands
- Necklaces & Pendants
- Bracelets
- Men's Jewelry

- Birthstone Jewelry
- Charm Bracelets

**Shop By Material**
- Platinum Jewelry
- Gold Jewelry
- Silver Jewelry
- Diamond Jewelry
- Pearl Jewelry
- Gemstone Jewelry

**Offers & Newsletter**
[Enter Your Email]
Subscribe

Free FedEx Insured Air Shipping & 30-day Returns.

## Create the Perfect Engagement Ring



Create Your Own Engagement Ring

## Diamonds



With the recent changes to pricing, our fine quality certified diamonds are even more affordable

More

## Wedding Bands



Browse our collection of exceptionally hand-crafted wedding bands.

More

## Studs & Solitaires



Classic studs and solitaires combine timeless style and excellent quality

- Stud Earrings
- Solitaire Pendants

## Jewelry



From timeless pieces of elegant jewelry to simple sophistication of everyday wear.

More

## Men's Jewelry



Complement his style with our classic and finely crafted men's accessories.

More

## Gift Boutique



View our special collection of jewelry for inspiring gift ideas perfect for any occasion.

More

## Shop With Confidence

### Risk-Free Shopping
All purchases at Mondera are totally risk-free
- Insured Air Shipping
- 30-day Returns
- Diamond Certificates
- Secure Shopping

### Customer Certified Store
We are honored as Customer Certified Store by Biz Rate for our continuous excellent services.

View Forbes Review also.

### Trusted by Many
Since 1999, thousands of customers have found Mondera to be the online jewelry experts.

Read our Customer Testimonials

Case 1:04-cv-12040-RGS   Document 1-9   Filed 09/21/2004   Page 4 of 4

Diamond Engagement Rings, Loose Diamonds, Wedding bands and Jewelry at Mondera.   Page 2 of 2

Orders & Questions, Contact
customerservice@mondera.com
or 1-800-666-3372

(International)
1-212-981-0200

For Phone Orders, Please
Mention: 3007928

Home    About Us    Your Account    Privacy Policy    Become an Affiliate    Contact Us    Help

    

The Mondera corporate office is located in New York's Diamond District.
Copyright © 1999-2004, Mondera Inc. All rights reserved.