

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6176
Direct Fax: 866-382-5886
E-Mail: mrobins@nixonpeabody.com

August 18, 2004

**By Federal Express**

Mondera.com
45 West 45th Street
New York, New York 10036

RE: Unauthorized Use of Hearts On Fire Company, LLC Trademarks and Unauthorized Representations of Affiliation with Hearts On Fire Company, LLC

Dear Sir/Madam:

This firm represents Hearts On Fire Company, LLC ("HOF") with respect to the matters discussed in this letter. Please direct future communications regarding such matters to my attention.

On July 22, 2004, HOF's in-house counsel sent a letter to you notifying you of Mondera.com's violation of HOF's rights in its federally registered HEARTS ON FIRE® trademark with respect to a web page located at www.wedding-ring.ws, which prominently uses the HEARTS ON FIRE® trademark to promote links to Mondera.com's web site. HOF's counsel demanded that you provide certain written assurances that by August 9, 2004 that Mondera.com would cease and desist from any and all further use of the HEARTS ON FIRE® trademark and that Mondera.com would refrain from using any other marks and/or phrases confusingly similar to HOF's trademarks.

Subsequently, HOF's in-house counsel received a telephone call from a person identified as Ena Ortiz holding herself out as Mondera.com's Controller. Ms. Ortiz apologized for the use of the HEARTS ON FIRE® trademark and stated that the offending web page would be taken down. However, as of this date, the infringing material remains on the Internet and remains in use as a means of linking users to Mondera.com's web site. Copies of the relevant pages are enclosed.

As set forth in the July 22 letter, this conduct is actionable and may be redressed by a variety of remedies. I am writing to provide you with a second and last chance to avoid legal

BOS1410137.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

NIXON PEABODY LLP

Mondera.com
August 18, 2004
Page - 2 –

proceedings. If you wish to avoid such proceedings, please provide me *in writing and within ten business days of the date of this letter* assurances that Mondera.com will immediately (i) cease and desist from any and all further use of the HEARTS ON FIRE® trademark, (ii) refrain from using any other marks and/or phrases confusingly similar to any trademarks owned by HOF, including but not limited to the HEARTS ON FIRE® trademark, and (iii) effect removal of the HEARTS ON FIRE® trademark from the web site located at www.wedding-ring.ws.

Nothing herein is intended by HOF, nor should it be construed by you, to be an offer of settlement, or a waiver or relinquishment of any rights or remedies which HOF may have in this matter, and all such rights and remedies are hereby specifically reserved.

Very truly yours,

Mark D. Robins

cc: Gailyc C. Sonia, Esq. – Hearts On Fire Company, LLC
     Robert P. Sherman, Esq. – Nixon Peabody LLP

a diamond is forever | a diamond price guide | certified diamonds | clarity enhanced diamonds | diamond jewelry stores | diamond jewelry | diamond jewlery | diamond prices | diamond pricing | diamond ratings | diamond ring settings | diamond rings | diamond settings | diamond stores | diamond wholesale pricing | diamond wholesalers | Diamond Rings | discount diamond ring | discount diamond rings | discount diamonds | hearts on fire diamonds | diamonds | loose diamonds | loosediamonds | pink diamonds | wholesale diamonds | wholesale discount diamonds

# hearts on fire diamonds

# ENTER HERE

**UCP**
Powerful advocates for people with disabilities. You can help!

a diamond is forever | a diamond price guide | certified diamonds | clarity enhanced diamonds | diamond jewelry stores | diamond jewelry | diamond jewlery | diamond prices | diamond pricing | diamond ratings | diamond ring settings | diamond rings | diamond settings | diamond stores | diamond wholesale pricing | diamond wholesalers | Diamond Rings | discount diamond ring | discount diamond rings | discount diamonds | hearts on fire diamonds | diamonds | loose diamonds | loosediamonds | pink diamonds | wholesale diamonds | wholesale discount diamonds

The Online Jewelry Store Network

# Mondera
## 1-800-MONDERA
### FINE DIAMONDS AND TIMELESS JEWELRY
Quality. Value. Expert Advice.

Wish
Shopping
Order S
arning C

**DIAMONDS** | **JEWELRY** | **ENGAGEMENT** | **WEDDING** | GIFT BOU

**Search**
[  ] Go
All  Any  Exact
- Diamond Search
- By Item Number

**Shop By Product**
- Diamonds
- Engagement Rings
- Wedding & Anniversary

- Earrings
- Rings & Bands
- Necklaces & Pendants
- Bracelets
- Men's Jewelry

- Birthstone Jewelry
- Charm Bracelets

**Shop By Material**
- Platinum Jewelry
- Gold Jewelry
- Silver Jewelry
- Diamond Jewelry
- Pearl Jewelry
- Gemstone Jewelry

Offers & Newsletter
[Enter Your Email]
Subscribe

Free FedEx Insured Air Shipping & 30-day Returns.

## Create the Perfect Engagement Ring



Create Your Own Engagement Ring

## Diamonds



With the
changes
our fine q
certified
are even
affordable

## Wedding Bands



Browse o
collection
exception
crafted w
bands.

## Studs & Solitaires



Classic studs and solitaires combine timeless style and excellent quality

- Stud Earrings
- Solitaire Pendants

## Jewelry



From time
pieces of
jewelry to
sophistica
everyday

## Men's Jewelry



Complement his style with our classic and finely crafted men's accessories.

More

## Gift Boutique



View our
collection
for inspiri
ideas per
occasion.

## Shop With Confidence

**Risk-Free Shopping**

All purchases at Mondera are totally risk-free

- Insured Air Shipping
- 30-day Returns
- Diamond Certificates

**Customer Certified Store**

We are honored as Customer Certified Store by Biz Rate for our continuous excellent services.

View Forbes Review also.

**Trusted by Man**

Since 1999, thousan
have found Mondera
jewelry experts.

Read our Customer

Diamond Engagement Rings, Loose Diamonds, Wedding bands and Jewelry at Mondera.    Page 2 of 2

Case 1:04-cv-12040-RGS    Document 1-10    Filed 09/21/2004    Page 5 of 5

Orders & Questions, Contact
customerservice@mondera.com
or 1-800-666-3372

(International)
1-225-709-4077

For Phone Orders, Please
Mention: 3192142

- Secure Shopping

| Home | About Us | Your Account | Privacy Policy | Become an Affiliate | Contact Us | Help |

**Contact Our Customer Service from Monday through Friday between 5 am - 1 am Eastern Time**

    

Copyright © 1999-2004, Mondera Inc. All rights reserved.