# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

Case Number: 04-12040-RGS

Plaintiff:
**HEARTS ON FIRE COMPANY, LLC**

vs.

Defendant:
**MONDERA.COM, INC. and ANNETTE HARTMAN, Dba WWW.WEDDING-RINGS.WS**

For:
Stephen M. Larose
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131

Received by ROGUE LEGAL PROCESS on the 23rd day of September, 2004 at 10:28 am to be served on **ANNETTE HARTMAN, 10216 W. EVANS CREEK ROAD, ROGUE RIVER, OR 97537.**

I, Susan Barney, being duly sworn, depose and say that on the **23rd day of September, 2004 at 2:10 pm, I:**

SERVED THE **SUMMONS AND COMPLAINT; EXHIBITS A through H** TO THE ABOVE NAMED INDIVIDUAL PERSONALLY AND IN PERSON at **10216 W. EVANS CREEK ROAD, ROGUE RIVER, OR 97537**

I am over the age of 18 and have no interest in the above action.



OFFICIAL SEAL
TERESSA BELL
NOTARY PUBLIC – OREGON
COMMISSION NO. 358653
MY COMMISSION EXPIRES JUNE 13, 2006

Subscribed and Sworn to before me on the 28th day of September, 2004 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Susan Barney**
Process Server

**ROGUE LEGAL PROCESS**
P.O. Box 1681
Grants Pass, OR 97528
(541) 479-3053

Our Job Serial Number: 2004004300